IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDON WASKOWIAK, | |
| Plaintiff, | No. C 10-03727 WHA |
| v. | |
| TRANSWORLD SYSTEMS, INC., and DOES 1–10, inclusive, | **ORDER DENYING REQUEST TO APPEAR BY TELEPHONE** |
| Defendants. / | |

The Court **DENIES** defendant's request to attend the case management conference by telephone. The courtroom telephone system does not make it feasible to conduct hearings over the telephone.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE