IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDON WASKOWIAK,

    Plaintiff,

  v.

TRANSWORLD SYSTEMS, INC.,
and DOES 1–10, inclusive,

    Defendants.
                               /

No. C 10-03727 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

      The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE